1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BECKSON MARINE, INC., a Connecticut Corporation; CAROLE A. BECKERER, ELOISE BRADY and JOAN A. JONES, Custodians,<br><br>Plaintiffs/Judgment Creditor,<br><br>v.<br><br>NFM, INC., a Washington Corporation,<br><br>Defendant/ Judgment Debtor,<br><br>FRONTIER BANK,<br><br>Garnishee Defendant, | NO. MC07-5016<br>NO. C98-5531FDB<br><br>EX PARTE ORDER GRANTING DISMISSAL OF GARNISHMENT |

THIS MATTER came on for hearing on the *ex parte* motion of the Plaintiff for dismissal of garnishment, the Court having reviewed the pleadings and files herein and finding good cause exists for the dismissal of the garnishment, it is now, therefore

ORDERED that the Writ of Garnishment filed on June 11, 2007, in the above action with Frontier Bank, as the Garnishee Defendant is hereby DISMISSED; and

*EX PARTE* ORDER DISMISSING GARNISHMENT - 1
#665749 v1 / 38891-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*

**1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028**
**Telephone (206) 223-1313, Facsimile (206) 682-7100**

1  IT IS FURTHER ORDERED that Frontier Bank, is directed to release any funds or

2  property of the Defendant that it may be holding pursuant to such Writ of Garnishment.

3  DATED this 8th day of April 2008.

```
                    [signature]
            _____
            FRANKLIN D. BURGESS
            UNITED STATES DISTRICT JUDGE
```

James Paul Wagner

DORSEY & WHITNEY

1420 5TH AVENUE

SUITE 3400

SEATTLE, WA 98101


Presented by:

KARR TUTTLE CAMBPELL


/s/ Merrilee A. MacLean
Merrilee A. MacLean, WSBA #12732
Attorneys for Beckson Marine, Inc.

EX PARTE ORDER DISMISSING GARNISHMENT - 2
#665749 v1 / 38891-001

*Law Offices*
KARR TUTTLE CAMPBELL
*A Professional Service Corporation*
1201 Third Avenue, Suite 2900, Seattle, Washington 98101-3028
Telephone (206) 223-1313, Facsimile (206) 682-7100